**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIAN J. ALEXANDER, | Case No.: 2:25-cv-01980-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 11] |
| METRO POLICE DEPARTMENT, | |
| Defendant | |

On April 29, 2026, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because plaintiff Julian Alexander has been unable to comply with Federal Rule of Civil Procedure 8 and state a claim despite multiple opportunities to do so. ECF No. 11. Alexander did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 11) is accepted, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 19th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE